# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRAD A. REESE | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-cv-13451 |
| | ) | |
| v. | ) | Hon. Mary Ann Vial Lemmon |
| | ) | |
| ROYAL AUDIO/VIDEO SUPPLY CO., | ) | Mag. Joseph C. Wilkinson, Jr. |
| LORI GERVAIS, and DOE 1, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff Brad. A Reese, through undersigned counsel, hereby gives notice that this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No defendant has filed an answer or a motion for summary judgment in this action.  The dismissal shall be without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

                      Respectfully Submitted,

                      _____/s Charles J. Stiegler_____
                      Charles J. Stiegler, #33456 (TA)
                      STIEGLER LAW FIRM LLC
                      318 Harrison Ave., Suite 104
                      New Orleans, La. 70124
                      (504) 267-0777 (telephone)
                      (504) 513-3084 (fax)
                      Charles@StieglerLawFirm.com